### 10157. STRICKLAND v. STRICKLAND.

PER CURIAM. Where a constable is specially deputized by the sheriff and sworn in for the purpose of serving a particular writ, he becomes a de facto deputy sheriff, and service by him is legal. *Twiggs* v. *Hardwick,* 61 *Ga.* 273; *Hinton* v. *Lindsay,* 20 *Ga.* 746; *Blount* v. *Wells,* 55 *Ga.* 282. See also *Hartshorn* v. *Bank,* 15 *Ga. App.* 173 (82 S. E. 805), where it is held that when a constable, although irregularly appointed or qualified as a deputy sheriff, *assumes* to act as a lawful deputy sheriff, his acts are those of a de facto officer, and therefore legal.

The court did not err in refusing to dismiss the levy.

*Judgment affirmed. Broyles, P. J., Bloodworth and Stephens, JJ., concur.*

DECIDED SEPTEMBER 20, 1919.

Levy and claim; from Gordon superior court—Judge Tarver. August 27, 1918.

*Starr & Paschall, Maddox, McCamy & Shumate,* for plaintiff in error.

*Mark Bolding, F. A. Cantrell,* contra.